**AFFIRM; and Opinion Filed April 22, 2014.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01214-CR

### AKEASHYA K. THOMAS, Appellant
### V.
### THE STATE OF TEXAS, Appellee

**On Appeal from the County Court Auxiliary Court No. 4B**
**Dallas County, Texas**
**Trial Court Cause No. TR-13-22742**

## MEMORANDUM OPINION
Before Justices Fillmore, Evans, and Lewis
Opinion by Justice Lewis

Akeashya K. Thomas was convicted on her plea of no contest to the Class C misdemeanor offense of contributing to her child's non-attendance at school. *See* TEX. EDUC. CODE ANN. § 25.093(a), (c) (West 2012); TEX. PENAL CODE ANN. § 12.23 (West 2011). The trial court assessed a $200 fine. On February 21, 2014, we adopted the trial court's finding that appellant had waived the recording of the trial court proceedings. We ordered appellant, who is representing herself in this appeal, to file her brief by March 31, 2014. We warned appellant that if she did not file her brief by that date, we would, without further notice submit the appeal without briefs. *See* TEX. R. APP. P. 38.8(b)(4); *Lott v. State*, 874 S.W.2d 684 (Tex. Crim. App. 1994). Appellant did not file a brief, nor has she communicated with the Court regarding the appeal.

Absent briefs, no issues are before us.  Finding no fundamental error, we affirm the trial court's judgment.


/David Lewis/
DAVID LEWIS
JUSTICE

Do Not Publish
TEX. R. APP. P. 47

131214F.U05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AKEASHYA K. THOMAS, Appellant

No. 05-13-01214-CR      V.

THE STATE OF TEXAS, Appellee

On Appeal from the County Court Auxiliary
Court No. 4B, Dallas County, Texas
Trial Court Cause No. TR-13-22742.
Opinion delivered by Justice Lewis,
Justices Fillmore and Evans participating.

Based on the Court's opinion of this date, we **AFFIRM** the trial court's judgment.

Judgment entered this 22nd day of April, 2014.

/David Lewis/
DAVID LEWIS
JUSTICE